IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARTERBANK, a Federal Savings
Association,
    Plaintiff,

v.                                        Case No.: 3:12cv106/RV/EMT

LBK, LLC, a Mississippi Limited
Liability Company, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon "Plaintiff's Stipulated Motion to Dismiss Defendant Doug Freret with Certification of Conference" (doc. 50).

Federal Rule of Civil Procedure 41(a)(1)(A) provides that an action may be dismissed without an order of the court (i) by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Rule 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

In the instant case, Defendant Doug Freret ("Freret"), who proceeds pro se, has filed an answer (doc. 6), and Plaintiff's motion to dismiss is not accompanied by a stipulation of dismissal signed by <u>all</u> parties who have appeared.[1] Thus dismissal pursuant to Rule 41(a)(1) does not appear appropriate. The court nevertheless finds that dismissal pursuant Rule 41(a)(2) is appropriate, as Plaintiff has indicated that Freret was named as a defendant in the action on the ground he was "a

---

[1] Three defendants have appeared in this case: LBK, LLC; BanCorpSouth, and Freret. Freret signed the instant motion but neither LBK, LLC, nor BanCorpSouth did. Plaintiff represents in the N.D. Fla. Loc. R. 7.1(B) certificate attached to the motion, however, that these two Defendants do not oppose dismissal of its claims against Freret without prejudice (*see* doc. 50 at 2).

tenant in the property that is the subject of Plaintiff's foreclosure count" but that Freret "is no longer a tenant in this property" (doc. 50 at 1). As the parties have stipulated, dismissal should be without prejudice (*id.*).

Accordingly, it is respectfully **RECOMMENDED**:

Plaintiff's claims against Defendant Doug Freret are **DISMISSED without prejudice**.

At Pensacola, Florida this 30th day of January 2013.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**