IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARTERBANK, a Federal Savings
Association,
    Plaintiff,

v.                                               Case No.: 3:12cv106/RV/EMT

LBK, LLC, a Mississippi Limited
Liability Company, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2013 (doc. 51). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendant Doug Freret are **DISMISSED without prejudice**.

**DONE AND ORDERED** this 28th day of February, 2013.

                                              /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**